**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| XIAO HUI LIN | CIVIL ACTION NO. 26-0776 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TIM DUCOTE, ET AL. | MAGISTRATE JUDGE PEREZ-MONTEZ |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) filed by Petitioner Xiao Hui Lin ("Petitioner") be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents must release Petitioner within seven (7) days subject to appropriate conditions, and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**IT IS FURTHER ORDERED** that the Motion to Expedite (Record Document 20) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 24th day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE